IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01212-BNB

ROBERT LEE HILLS, JR.,

Applicant,

v.

RON WILEY, Warden,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant, Robert Lee Hills, Jr., is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. Hills filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the action was deficient. Notwithstanding the deficiencies, the clerk of the Court was directed to commence a civil action and Mr. Hills was directed to cure certain enumerated deficiencies.

In the June 6, 2008, order, Magistrate Judge Boyd N. Boland found that Mr. Hills was asserting civil rights claims rather than habeas corpus claims because he complained that the prison staff was being deliberately indifferent to his serious medical needs. Magistrate Judge Boland directed Mr. Hills to complete the proper, Court-

approved form for a Prisoner Complaint and submit the completed form to the Court if he wished to pursue his claims. Magistrate Judge Boland also directed Mr. Hills to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his inmate trust fund account statement for the six months prior to the filing of the instant action, if he desired to proceed *in forma pauperis*. Otherwise he would be required to pay the $350.00 filing fee prior to proceeding in the action. Magistrate Judge Boland warned Mr. Hills that if he failed to comply with the June 6 order within the time allowed, the action would be dismissed without prejudice and without further notice.

Mr. Hills has failed within the time allowed to comply with the June 6, 2008, order as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action dismissed without prejudice for failure to prosecute and for failure to comply with the directives of the June 6, 2008, order to cure.

DATED at Denver, Colorado, this 17 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01212-BNB

Robert Lee Hills, Jr.
Reg. No. 09212-097
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/17/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk